UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>EUGENE HILL,<br>        Defendant. | Case No. 13-cr-00765-SI-1   (MEJ)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 114-119 |
|---|---|

On September 5, 2014, the parties filed six discovery dispute letters. Dkt. Nos. 114-119. The Court held a telephonic conference on these matters on September 11, 2014. Based on discussions at the conference, the Court ORDERS as follows:

1) The parties shall meet and confer regarding a protective order that permits counsel to view the unredacted discovery 30 days before trial and the defendant to view the discovery 17 days before trial. The proposed protective order shall be filed by September 25, 2014.

2) Any additional disputes that fall under Federal Rule of Evidence 404(b) should be addressed to Judge Illston.

3) The defendant's request for information from the grand jury is denied without prejudice to the defendant submitting a further request with specificity regarding the information sought and the legal basis by September 25, 2014. If any further disputes arise, the parties shall comply with the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: September 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge